# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DANIEL KIMBALL,

    Petitioner,

vs.

STATE OF NEVADA/PALMER, et al.,

    Respondents.

Case No. 3:07-CV-00593-ECR-(VPC)

**ORDER**

    The Court instructed Petitioner to file an amended petition for a writ of habeas corpus or face dismissal of this action. Order (#5). Petitioner has not filed an amended petition within the allotted time, and the Court will dismiss the action.

    Petitioner has submitted a Motion for State to Compel or Default (#7), which is moot because the Court is dismissing this action.

    IT IS THEREFORE ORDERED that the Motion for State to Compel or Default (#7) is **DENIED**.

    IT IS FURTHER ORDERED that this action is **DISMISSED** without prejudice for Petitioner's failure to file an amended petition. The Clerk shall enter judgment accordingly.

DATED: April 9, 2008

_____
EDWARD C. REED
United States District Judge