AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF   NEVADA

DANIEL KIMBALL,

    Petitioner,       JUDGMENT IN A CIVIL CASE

V.

    CASE NUMBER: **3:07-cv-00593-ECR-VPC**

STATE OF NEVADA/PALMER, et al.,

    Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED without prejudice for Petitioner's failure to file an amended petition.


  April 10, 2008                                      **LANCE S. WILSON**
                                                                                    Clerk


                                                                                  /s/ Kalani Lizares
                                                                                Deputy Clerk